UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:16-cr-28
                                                   HON. PAUL L. MALONEY

KEVIN EDWARD McGIVERN,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 18, 2017, for an initial appearance and arraignment on the Indictment charging defendant with 1 count of Assault by Strangulation. The government requested the defendant be detained pending further proceedings. Defendant is currently serving a sentence in the state of Wisconsin and is not eligible for release, but was advised that should his circumstances in Wisconsin change, he can request hearing on the issue of detention.

      IT IS THEREFORE ORDERED that defendant shall be detained pending further proceedings.

      IT IS FURTHER ORDERED that defendant not have any contact with the victim in this case H.A.M either directly or indirectly. Counsel and pretrial services will provide updates to defendant regarding his infant daughter.

      IT IS SO ORDERED.

                                                                               /s/ Timothy P. Greeley
                                                                               TIMOTHY P. GREELEY
                                                                               UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2017