UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN EDWARD McGIVERN,

    Defendant.
_____/

CASE NO. 2:16-CR-28

HON. ROBERT J. JONKER

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 47) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 2 of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing on February 5, 2018.

5. The plea hearing reveals that the parties agree on facts essential to a factual basis for the conviction but that the parties disagree on some facts that may bear on sentencing considerations.

Date: November 6, 2017    /s/ Robert J. Jonker
    ROBERT J. JONKER
    CHIEF UNITED STATES DISTRICT JUDGE